UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DAGMAR DAVIS,

                              Plaintiff,

        - against -

UNITED STATES OF AMERICA,

                              Defendant.
-----------------------------------------------------------------X

Case #:

**VERIFIED COMPLAINT**

**PLAINTIFF DEMANDS A TRIAL BY JURY**

## COMPLAINT FOR DAMAGES UNDER THE FEDERAL TORT CLAIMS ACT

Plaintiff, DAGMAR DAVIS, by her attorneys, DELL & DEAN, PLLC, complaining of the defendant, UNITED STATES OF AMERICA, respectfully alleges as follows:

### INTRODUCTION

FIRST: This is an action against the defendant, United States of America, under the Federal Tort Claims Act, (28 U.S.C. _ 2671, et seq.) and 28 U.S.C. _ 1346 (b), for negligence of United States of America's employees in the failure to warn of a dangerous defective and hazardous condition at the premises located at 375 Carlls Path, Deer Park, New York.

SECOND: The claims herein are brought against the defendant pursuant to the Federal Tort Claims Act (28 U.S.C. _ 2671, et seq.) and 28 U.S.C. _ 1346 (b), for money damages as compensation for personal injuries caused by the defendant's negligence.

THIRD:   Plaintiff, DAGMAR DAVIS, has fully complied with the provisions of 28 U.S.C. _ 2675 of the Federal Tort Claims Act.   *Standard Form 95 was filed on June 16, 2025.*

FOURTH: This suit has been timely filed, in the plaintiff, DAGMAR DAVIS, timely served

notice of her claim on the General Services Administration less than two years after the incident forming the basis of this suit.

<u>FIFTH</u>: Plaintiff, DAGMAR DAVIS, is now filing this Complaint pursuant to 28 U.S.C. _ 2401 (b).

## PARTIES, JURISDICTION AND VENUE

<u>SIXTH</u>:   Plaintiff, DAGMAR DAVIS, at the time of the institution of this action, was and still is a resident of the County of Suffolk, State of New York.

<u>SEVENTH</u>: That upon information and belief, and at all times hereinafter mentioned, the defendant, UNITED STATES OF AMERICA, owned, operated and maintained the premises known as United States Post Office located at 375 Carlls Path, Deer Park, County of Suffolk, State of New York.

<u>EIGHTH</u>: That at all times hereinafter mentioned, the defendant, UNITED STATES OF AMERICA, was aware of a defective, dangerous, hazardous condition in the premises known as United States Post Office located at 375 Carlls Path, Deer Park, County of Suffolk, State of New York, and failed to warn plaintiff or others of same.

<u>NINTH</u>: That at all times hereinafter mentioned, defendant, UNITED STATES OF AMERICA, through their directors, officers, operators, administrators, employees, agents and staff, is responsible for the inspection, upkeep and postings of warnings on the grounds of the premises known as United States Post Office located at 375 Carlls Path, Deer Park, County of Suffolk, State of New York.

<u>TENTH</u>: That jurisdiction properly lies with the Federal District Court pursuant to Title 28 U.S.C. _ 1346 (b).

<u>ELEVENTH</u>: Venue is proper under 28 U.S.C. _ 1402 (b), in that all, or a substantial part of

the acts and omissions forming the basis of these claims occurred in the Eastern District of New York.

## FACTUAL ALLEGATIONS

TWELFTH: That on the 11th day of December, 2024, plaintiff, DAGMAR DAVIS, was lawfully at the premises known as United States Post Office located at 375 Carlls Path, Deer Park, County of Suffolk and State of New York., when she was caused to slip and fall and be violently precipitated to the ground as a result of a lack of safety precautions, equipment and devices, causing plaintiff, DAGMAR DAVIS, to sustain serious personal injuries

THIRTEENTH: Just prior to this incident, defendant, UNITED STATES OF AMERICA, was aware of the existence of the lack of safety precautions, equipment and devices, yet failed to post any warnings of said dangerous condition.

FOURTEENTH: That as a result of the defendant's negligence, and failure to warn, the plaintiff, DAGMAR DAVIS, was cause to sustain personal injuries and was rendered sick, sore, lame and disabled, experiencing great pain and suffering and was required to seek medical treatment and be confined to her home and bed and has sustained serious injury, including but not limited to injuries to her right knee and right shoulder.

## FIRST CAUSE OF ACTION - NEGLIGENCE

FIFTEENTH: That the defendant, UNITED STATES OF AMERICA, by and through their directors, officers, operators, administrators, employees, agents and staff, on the 11th day of December, 2024, at approximately 9:08 a.m., were reckless, careless, and negligent in failing to provide safety precautions, equipment and devices; in allowing the aforesaid dangerous and defective conditions to exist without warning and in failing to protect the public including plaintiff from the aforesaid dangerous and defective conditions by warning her of same.

SIXTEENTH: That the aforesaid defective and dangerous condition of lack of safety precautions, equipment and devices that existed for an extended period of time that the defendant, UNITED STATES OF AMERICA, through its employees, agents, assigns and staff knew or should have known of the condition upon regular inspection, maintenance, and control of the safety precautions, equipment and devices or lack thereof upon the premises.

SEVENTEENTH: The acts and/or omissions set forth above would constitute a claim under the law of the State of New York.

EIGHTEENTH: The defendant is liable pursuant to 28 U.S.C. _ 1346 (b).

NINETEENTH: That at all times herein mentioned, defendant, UNITED STATES OF AMERICA, owned, operated, maintained, created, controlled, managed, supervised and repaired a building and structure known as the United States Post Office located at 375 Carlls Path, Deer Park, County of Suffolk and State of New York.

TWENTIETH: That on the 11th day of December, 2024, and at all times herein mentioned, it was the duty of Defendant UNITED STATES OF AMERICA to own, operate, manage, maintain, repair, control, inspect, construct and supervise the premises, fixtures and appurtenances, located at 374 Carlls Path, Deer Park, in the County of Suffolk, State of New York, in a reasonably safe condition.

TWENTY-FIRST: That at all times herein mentioned, Defendant UNITED STATES OF AMERICA had a non-delegable duty to maintain the premises in a reasonably safe condition and free of dangers and hazards to those persons lawfully thereat, including Plaintiff DAGMAR DAVIS.

TWENTY-SECOND: That on the 11th day of December, 2024, while Plaintiff DAGMAR DAVIS was lawfully at the aforesaid location, she was caused to sustain severe and permanent injuries.

TWENTY-THIRD:   The above mentioned occurrence, and the results thereof, was caused wholly and solely by the negligence and breach of duty of the Defendant UNITED STATES OF AMERICA and/or said Defendant's servants, agents, employees and/or licensees in the ownership, operation, management, maintenance and control of the aforesaid premises in the failure to keep the aforementioned premises in a reasonably safe condition from hazards, nuisances, trap-like conditions and otherwise dangerous conditions; and the Defendant UNITED STATES OF AMERICA was otherwise negligent, careless and reckless.

TWENTY-FOURTH:   That no negligence on the part of the Plaintiff DAGMAR DAVIS contributed to the occurrence alleged herein in any manner whatsoever.

TWENTY-FIFTH:   That by reason of the foregoing, the plaintiff, DAGMAR DAVIS, has been rendered sick, sore, lame, maimed and disabled, and so remains.   That he has been unable to attend to her usual vocation and activities and that he has been obliged to expend, and will in the future expend, sums of money for medical aid and attention, and that by reason of the foregoing plaintiff, DAGMAR DAVIS, has been damaged in a sum which exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, DAGMAR DAVIS, demands judgment against the defendant on these causes of action as follows: 1) for personal injury in the amount of FIVE MILLION ($5,000,000.00) DOLLARS and with the interests, costs and disbursements of this action.

Dated: Garden City, New York
December 19, 2025

_____
JOSEPH G. DELL (JD 7315)
DELL & DEAN, PLLC
Attorneys for Plaintiff
DAGMAR DAVIS
1225 Franklin Avenue, Suite 450
Garden City, New York 11530
(516) 880-9700
File No.: 3493

TO:    U. S. Attorney EDNY
271 Cadman Plaza East
Brooklyn, New York 11201

Attorney General of the United States
950 Pennsylvania Avenue NW
Washington, DC 20530

United States Postal Service
1720 Market Street, Room 2400
St. Louis, MO 63155-9948